THE STATE OF OHIO, APPELLANT, v. BURKS, APPELLEE.

[Cite as *State v. Burks*, 134 Ohio St.3d 378, 2012-Ohio-5629.]

(No. 2012–1195—Submitted December 4, 2012—Decided December 5, 2012.)

---

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

---

Julia R. Bates, Lucas County Prosecuting Attorney, and Evy M. Jarrett, Assistant Prosecuting Attorney, for appellant.

Deborah Kovac Rump and Jane E. Roman, for appellee.

Ron O'Brien, Franklin County Prosecuting Attorney, and Steven L. Taylor, Chief Counsel, Appellate Division, for amicus curiae Franklin County Prosecutor Ron O'Brien.